**SHA-1 Hash:**  DF55C4415BD1DDB2DAE91139804053B35B33BBA1

**Title:**    Morning Memories
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|------|-----|------|------|-------|-----|---------|
| 1 | 68.58.90.120 | 10/26/2012 00:29 | Muncie | IN | Comcast Cable | BitTorrent |
| 2 | 98.220.107.112 | 10/13/2012 16:08 | Noblesville | IN | Comcast Cable | BitTorrent |
| 3 | 98.222.233.190 | 10/15/2012 14:32 | Greenwood | IN | Comcast Cable | BitTorrent |
| 4 | 98.253.5.136 | 09/16/2012 08:05 | Fishers | IN | Comcast Cable | BitTorrent |

EXHIBIT A

SIN11